IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. DECKER on behalf of himself and all others similarly situated,<br><br>Plaintiff.<br>v.<br><br>DATA LISTING SERVICES, LLC, d/b/a THE CONNECTION and DATA LISTING SERVICES, (JAMESTOWN), LLC,<br><br>Defendants. | Case No. 11-6373 (MAT) |

**NOTICE OF MOTION OF JOINT MEMORANDUM OF LAW IN SUPPORT
OF JOINT MOTION FOR AN ORDER PRELIMINARILY APPROVING THE
STIPULATION OF SETTLEMENT INCLUDING CLASS COUNSEL'S FEES
AND EXPENSES AND RELATED RELIEF**

PLEASE TAKE NOTICE that upon the accompanying Joint Memorandum of Law in Support of Joint Motion for an Order, Plaintiff Andrew M. Decker and the Class Members, by and through their counsel, and Defendants Data Listing Services, LLC d/b/a The Connection and Data Listing Services (Jamestown), LLC (collectively "Defendants"), by and through their counsel, submit their memorandum of law in support of their joint motion for an order: (1) preliminarily approving the stipulation of settlement (the "Stipulation") between Defendants, Plaintiff and the Class Members regarding certain class claims under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq.* and New York Labor Law ("NYLL") § 860 *et seq.* (collectively, the "WARN Acts"), pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (2) scheduling a Fairness Hearing on the Stipulation; and (3) approving the form and manner of Notice of Proposed Settlement of Class Action, and Fairness Hearing to the Class Members; and for an order finally approving the stipulation of settlement to the class.

Dated: September 3, 2013

| | |
|---|---|
| s/ René S. Roupinian | s/ Michael Jakowsky |
| René S. Roupinian | Jonathan M. Kozak |
| Jack A. Raisner | Michael Jakowsky |
| **Outten & Golden LLP** | **Jackson Lewis LLP** |
| 3 Park Avenue, 29th Floor | One North Broadway, 15th Floor |
| New York, New York 10016 | White Plains, NY 10601 |
| Telephone: (212) 245-1000 | Telephone: (914) 328-0404 |
| | |
| *Attorneys for Plaintiff and the Certified Class* | *Attorneys for Defendants* |