UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDREW M. DECKER, on behalf of himself
and all others similarly situated,

                                        Plaintiff,

                                                                 Case # 11-CV-6373-FPG

v.

DATA LISTING SERVICES, LLC, d/b/a THE
CONNECTION and DATA LISTING SERVICES,
(JAMESTOWN), LLC,
                                        Defendants.

## FINAL ORDER APPROVING SETTLEMENT

On October 16, 2013, this Court entered an order granting the joint motion of Data

Listing Services, LLC d/b/a The Connection and Data Listing Services (Jamestown), LLC

("Defendants") and Plaintiff Andrew M. Decker (the "Plaintiff"), on behalf of himself and the

certified WARN Class for: (I) an Order: (a) preliminarily approving a settlement agreement

resolving certain WARN Act claims, (b) approving the form and manner of notice to class

members of the proposed settlement, (c) scheduling a final fairness hearing for approval of the

settlement; and (II) an Order: (a) approving the settlement under Federal Rule of Civil Procedure

23, and (b) approving class counsel's fees and expenses (the "Joint Motion").  Subsequent to that

order, notice was given to all class members, as reflected in the Affidavit of Service filed with

the Court on November 7, 2013.  Dkt. 41.  The time to file any objections to the settlement has

expired, and no such objections were filed.  As required by Fed. R. Civ. P. 23(e)(2), the Court

held a fairness hearing on January 3, 2014, where no objections were made to the proposed

settlement.  After due consideration, it is hereby

ORDERED that the Court finds the settlement, as memorialized in the Stipulation of

Settlement, to be fair, reasonable and adequate, and the settlement is therefore approved in all

respects.  The Settlement is binding upon the parties and the WARN Settlement Class, and

counsel shall distribute the settlement funds in accordance with the Stipulation of Settlement.  As detailed in the Stipulation of Settlement, class counsel is awarded fees, inclusive of expenses, of thirty-three and one-third (33⅓ %) of the Settlement Proceeds, which is $83,333.00, to be payable exclusively from the settlement proceeds.  It is further

ORDERED that entry of this Final Order is without prejudice to the relief granted in the Preliminary Order, and is further

ORDERED that this Court shall retain jurisdiction to enforce the terms of the Stipulation of Settlement and of this Order.  The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

DATED:        January 31, 2014
              Rochester, New York

HON. FRANK P. GERACI, JR.
United States District Judge